| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| John W. Hargrave, Esquire (JH 9935)<br>JOHN W. HARGRAVE & ASSOCIATES<br>117 Clements Bridge Road<br>Barrington, New Jersey 08007<br>(856) 547-6500<br>Attorneys for John W. Hargrave, Ch. 7 Trustee | |

**Order Filed on November 14, 2014
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY R. ANGELO

Case No.: __14-30606/ABA__

Judge: __Andrew B. Altenburg__

Chapter: __7__

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
# RETENTION OF  John W. Hargrave & Associates

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 14, 2014**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:     ANTHONY R. ANGELO

Case No.:     14-30606/ABA

Applicant:     John W. Hargrave

(check all that apply)   ☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:   John W. Hargrave & Assoc.

Address of Professional:   117 Clements Bridge Road

Barrington, New Jersey 08007

Phone: 856-547-6500; Fax: 800-498-5207

email: info@hargravelaw.com

☒ Attorney for (check all that apply):
- ☒ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Other Professional:
- ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*