# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**600 COLLEGE ROAD EAST**
**PRINCETON, NEW JERSEY 08540**
**(609) 227-4600**

| | |
|---|---|
| Page | 1 |
| Inv# | 1667810 |
| Date | 08/18/15 |
| 12190008.000005 | - VH |

Valerie Hamilton, Esq., Mediator
600 College Road East
3rd Floor
Princeton, NJ 08540

FEI # 22-1920331

Re:   In Re:  Anthony R. Angelo
      US Acquisition LLC vs. Angelo

---

For legal services rendered through August 18, 2015.

                HOURS

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 05/12/15 | VH | Telephone call with R. Woodman regarding potential new mediation matter. | 0.20 | No Charge |
| 05/18/15 | VH | Review notice of entry of Joint Mediation Order appointing V. Hamilton as mediator. | 0.10 | |
| 05/21/15 | VH | Email to counsel regarding initial mediation conference. | 0.10 | |
| 05/28/15 | VH | Prepare and file Mediator's Acceptance of Appointment. | 0.20 | |
| | | Review court docket.  Review complaint and all relevant pleadings.  Prepare for and participate in initial mediation conference with counsel for all parties. | 1.40 | |
| 06/12/15 | VH | Review Angelo's confidential mediation statement. | 0.30 | |
| | | Review notice of trustee's settlement of fraudulent transfer claim against T. Angelo. | 0.20 | No Charge |
| 06/26/15 | VH | Review US Acquisition mediation statement. | 0.20 | |
| 07/07/15 | VH | Follow up with counsel regarding mediation date and | 0.10 | |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**600 COLLEGE ROAD EAST
PRINCETON, NEW JERSEY 08540
(609) 227-4600**

|  |  |
|---|---|
| Page | 2 |
| Inv# | 1667810 |
| Date | 08/18/15 |
| 12190008.000005 | - VH |

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
|  |  | potential settlement. |  |  |  |
| 07/08/15 | VH | Email from R. Woodman regarding settlement. |  | 0.10 |  |
| 07/13/15 | VH | Preparing fee application. |  | 0.80 |  |
| 08/03/15 | VH | Follow up with counsel regarding status of settlement. |  | 0.10 |  |
| 08/17/15 | VH | Prepare Mediator's Report. Electronic filing and service of same. |  | 0.20 |  |
|  |  | Finalize fee application. |  | 0.30 |  |
|  |  | Total Fees |  | 3.90 | $1,365.00 |

Valerie Hamilton          -     3.90  x  350.00  =       1,365.00

| | |
|---|---|
| Pacer | .90 |
| Telephone Toll Charges | 1.78 |
| Total Disbursements | $2.68 |
| **TOTAL THIS INVOICE** | **$1,367.68** |

# S<small>ILLS</small> C<small>UMMIS</small> & G<small>ROSS</small>

A PROFESSIONAL CORPORATION

**600 COLLEGE ROAD EAST**
**PRINCETON, NEW JERSEY 08540**
**(609) 227-4600**

|  |  |
|---|---|
| Page | 3 |
| Inv# | 1667810 |
| Date | 08/18/15 |
| 12190008.000005 | - VH |

Valerie Hamilton, Esq., Mediator
600 College Road East
3rd Floor
Princeton, NJ 08540

FEI#22 - 1920331

RE:  In Re:  Anthony R. Angelo
US Acquisition LLC vs. Angelo

## REMITTANCE ADVICE

For legal services rendered through August 18, 2015.

| | |
|---|---:|
| Total Fees | $1,365.00 |
| Total Disbursements | $2.68 |
| **TOTAL THIS INVOICE** | **$1,367.68** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.